IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA HYDE                                                                                          PLAINTIFF

VS.                                         CASE NO. 3:05CV00233

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## ORDER

Plaintiff has filed an application to proceed in forma pauperis (DE #1).  The application does not contain enough information for the Court to determine whether Plaintiff can pay the costs of the proceedings.  Plaintiff is directed to submit a statement more completely answering Question 2.e., which reads:

> 2. Have you received within the past twelve months any money from any of the following sources?
>    . . .
>    e. Any other sources?

Plaintiff's statement should give the amount of her husband's income and the amount received during the past twelve months.  The statement should be filed with the Court within twenty days of this Order.

IT IS SO ORDERED this 31st day of October, 2005.

_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE