IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


DONNA HYDE                                                          PLAINTIFF

VS.                          CASE NO. 3:05CV00233 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT


## JUDGMENT


Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the decision of the Commissioner is

reversed and this case is remanded for further evaluation.

SO ADJUDGED this 13th day of March, 2007.




_Henry L. Jones, Jr._____
UNITED STATES MAGISTRATE JUDGE